# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Trinidad Perez-Gonzales,<br>a.k.a.: Guillermo Bejines Montejano,<br>a.k.a.: Trinidad Gonzalez Perez,<br>a.k.a.: Trinidad Galvan,<br>(A079 658 512)<br>*Defendant* | )<br>)<br>) Case No. 17-586MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 23, 2015, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Trinidad Perez-Gonzales, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about April 24, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

Complainant's signature

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 20, 2017

Judge's signature

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On April 23, 2015, Trinidad Perez-Gonzales was booked into the Maricopa County Jail (MCJ) intake facility by the El Mirage Police Department on local charges. While incarcerated at the MCJ, Perez-Gonzales was examined by ICE Agent M. Paredes who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 17, 2017, Perez-Gonzales was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Perez-Gonzales was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Trinidad Perez-Gonzales to be a citizen of Mexico and a previously deported criminal alien. Perez-Gonzales was removed from the United States to Mexico through Del Rio, Texas, on or about April 24, 2014,

1

pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Perez-Gonzales in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Perez-Gonzales's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Trinidad Perez-Gonzales was convicted of Misconduct Involving Weapons, a felony offense, on August 9, 2011, in the Superior Court of Arizona, Maricopa County. Perez-Gonzales was sentenced to three (3) years' incarceration. Perez-Gonzales's criminal history was matched to him by electronic fingerprint comparison.

5. On November 17, 2017, Trinidad Perez-Gonzales was advised of his constitutional rights. Perez-Gonzales freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about April 23, 2015, Trinidad Perez-Gonzales, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about April 24, 2014, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 20th day of November, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge